ROBERT G. RUNDLE, Appellant, v. CATHERINE HAYWARD, as Administratrix, etc., of KATIE STEGE, Deceased, Respondent.— Appeal from an order denying a new trial upon the grounds of newly-discovered evidence. Order appealed from unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

CAROL BRANTLEY, Respondent, v. WILLIAM P. CARVER, Individually and as Administrator, etc., of ANNA B. CARVER, Deceased, Appellant.— The action is by plaintiff to recover from the husband of her deceased sister certain shares of stock and a certain amount of cash which plaintiff claims were the subject of a gift made to her by her sister before the latter's death. The trial court found that a valid gift had been made and directed judgment for plaintiff. The evidence sustains the finding of the court. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

PHILIP P. AUER, Respondent, v. I. CRETE Co. INC., Appellant.— Appeal by defendant from a judgment recovered in an action brought for damages alleged to have been sustained when a shed erected upon its premises was blown over and against a garage standing on plaintiff s adjoining lands. The evidence sustains the finding of the jury that the shed was in a dangerous and unsafe condition through instability and lack of repair. Judgment unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

GERTRUDE A. WELCH, Respondent, v. ANNA P. ENRIGHT, Doing Business under the Assumed Name and Style of THE ENRIGHT SHOP, Appellant. FREDERICK P. WELCH, Respondent, v. ANNA P. ENRIGHT, Doing Business under the Assumed Name and Style of THE ENRIGHT SHOP, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ELIZABETH OSBORNE TILLINGHAST, Respondent, v. FREDERICK TILLINGHAST, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of the VILLAGE OF BRONXVILLE, Petitioner, for an Order against MILO R. MALTBIE and Others, Together Constituting and Composing the Public Service Commission of the State of New York, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

LOUISE SPIRO PETROFF (LOUISE SPIRO PETROFF HREN), Appellant, v. FIRST NATIONAL BANK OF COOPERSTOWN, NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

CENTERVILLE CREAMERY CO., INC., Appellant, v. SAMUEL OFFEN, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.